IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 5 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| MIKE KASSABJI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:06-CV-0069 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION,
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the petition for a federal writ of habeas corpus filed by

petitioner MIKE KASSABJI. Said habeas petition was filed without prepayment of the required

$5.00 filing fee. With his petition for habeas relief, petitioner did not submit an Application to

Proceed *In Forma Pauperis* nor did he submit a certified *in forma pauperis* data sheet. On

March 29, 2006, the Court entered an Order granting petitioner permission to proceed *in forma

pauperis* temporarily, pending either payment of the $5.00 filing fee or submission of an

Application to Proceed *In Forma Pauperis*. The same date, petitioner was ordered to submit a

form petition. Petitioner was given twenty (20) days from the date of the Court's Order in which

to properly submit a request to proceed *in forma pauperis* or pay the filing fee, and to submit a

form petition.

On April 20, 2006, the United States Magistrate Judge issued a Report and

Recommendation in this cause, recommending therein that the petition for a writ of habeas

corpus filed by petitioner be dismissed for failure to pay the $5.00 filing fee and for failure to

submit a form petition.  As of this date, no objections to the Report and Recommendation have

been filed of record, nor has the $5.00 filing fee been paid.

Based upon an independent examination of the record in this case, the District Judge is of

the opinion that the Magistrate Judge's Report and Recommendation should be, and hereby is,

ADOPTED.  Accordingly, the petition for a writ of habeas corpus filed by petitioner MIKE

KASSABJI  is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2006.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

2